# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SCOTT KNIGHT,**

    **Plaintiff,**

v.                                    **Civil Action 2:19-cv-4166**
                                                   **Judge George C. Smith**
                                                   **Magistrate Judge Chelsey M. Vascura**

**ANTHONY KITCHEN,** *et al.*,

    **Defendants.**

## ORDER

    This matter is before the Court on the Motion by Defendants Southeastern Ohio Regional Medical Center, Rhonda M. Anderson, R.N., Lisa A. Cunningham, R.N., And Tabitha N. Peters, R.N. to Strike Plaintiff's Amended Complaint. (ECF No. 29.) Plaintiff has not filed a memorandum in opposition to the Motion, and the time to do so has now expired. For good cause shown, the Motion (ECF No. 29) is **GRANTED**. The Court **STRIKES** Plaintiff's Amended Complaint (ECF Nos. 21–22) without prejudice to filing a properly-supported motion to refile his Amended Complaint.

    **IT IS SO ORDERED.**

                                                                /s/ *Chelsey M. Vascura*
                                                                CHELSEY M. VASCURA
                                                                UNITED STATES MAGISTRATE JUDGE